IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARTIN DOHERTY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-00134-TNM |
| TURNER BROADCASTING SYSTEM, INC., | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff the Estate of Martin Doherty ("Estate") and Defendant, Turner Broadcasting System, Inc. ("Turner") (collectively "the Parties"), hereby provide notice that they have consented to dismiss the above-captioned action with prejudice with each party to bear its own attorneys' fees and costs.

WHEREFORE, the Parties respectfully request that Civil Action No. 1:20-cv-00134-TNM be dismissed with prejudice.

-1-

-2-

Dated: July 26, 2024                                       Respectfully submitted,


                                                           */s/ Denise E. Giraudo*
                                                           Denise E. Giraudo (DC Bar No. 499348)
                                                           Sheppard Mullin Richter & Hampton LLP
                                                           2099 Pennsylvania Avenue, NW, Suite 100
                                                           Washington, D.C. 20006-6801
                                                           Telephone: (202) 747-1906
                                                           Facsimile: (202) 747-3933

                                                           *Counsel for Defendant*


                                                           */s/ Jeffrey Stuart Gutman*
                                                           Jeffrey Stuart Gutman (DC Bar No. 416954)
                                                           George Washington University Law School
                                                           Public Justice Advocacy Clinic
                                                           2000 G Street, NW
                                                           Washington, DC 20052
                                                           Telephone: (202) 994-5797
                                                           Facsimile: (202) 994-4693

                                                           *Counsel for Plaintiff*